
# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| WILL H. HENSLEY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:14-cv-392 JLH<br>)<br>) District Judge Holmes |
| OTB ACQUISITION LLC and BRINKER ARKANSAS, INC. | ) Magistrate Judge Kearney<br>)<br>) |
| Defendants. | )<br>) |

## ORDER OF DISMISSAL

This matter being before the Court upon the agreement of the parties, Plaintiff hereby voluntarily agrees to dismiss with prejudice his claims against Defendant in this matter. Further, the parties having resolved the matter and agreeing to the dismissal of the matter with prejudice,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and each party shall bear its own costs of litigation, including court costs.

SO ORDERED THIS **6th** DAY OF **July**, 2015.

*/s/ J. Leon Holmes*
U.S. District Judge Holmes

**ORDER OF DISMISSAL AGREED AND CONSENTED TO:**

| COUNSEL FOR DEFENDANT | COUNSEL FOR PLAINTIFF |
|---|---|
| *s/ Teresa Rider Bult*<br>Teresa Rider Bult   AR BPR #2012109<br>Attorneys for Defendant<br>**CONSTANGY, BROOKS & SMITH, LLP**<br>401 Commerce Street, Suite 1010<br>Nashville, TN 37219 | *s/ Lucien Gillham, with permission by Teresa Rider Bult*<br>Lucien Gillham AR# 99199<br>Attorney for Plaintiff<br>**SUTTER & GILLHAM, PLLC**<br>Attorneys at Law<br>P.O. Box. 2012<br>Benton, AR 72018<br>(501) 315-1910<br>(501) 315-1916 (facsimile) |